UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------
Hollywood Tans, Steinway, Inc.,
    Plaintiffs,

**ORDER**

-vs-

CV-05-2335(FB)(SMG)

Hollywood Tanning Systems, Inc., et. al.,
    Defendants.

--------------------------------------------------

    On August 26, 2005, in open court, the parties, through counsel, stipulated on the record to the terms of an agreement in principle to settle the claims in this case. Based upon that stipulation, and for the reasons stated on the record, it is

    HEREBY ORDERED that the case is administratively closed, the Court will not retain jurisdiction over the written settlement agreement. Either party may move to reopen on the ground that they have failed to agree to the terms of a written settlement agreement.

    SO ORDERED.

                                  UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          August 30, 2005

CC: Richard Rosen, Esq.
    David Kaufmann, Esq.